**IT IS ORDERED as set forth below:**



**Date: January 22, 2019**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Jennifer Price Averett and Robert Wesley Averett**<br>   Debtors | Case No.:   17−60517−EJC<br>Judge:   Edward J. Coleman III<br>Chapter:   13 |

## ORDER APPOINTING ATTORNEY/SPECIAL COUNSEL

   The Application of the Debtor for appointment of James W. Hurt, Jr. as attorney/special counsel for the Debtor having been considered and it appearing to the Court that the employment of James W. Hurt, Jr. is necessary and beneficial to this estate,

   It further appearing that the attorney/special counsel has no adverse interest to those of this estate, and that the employment is proper,

   IT IS ORDERED that the Debtor is authorized to employ the services of James W. Hurt, Jr. as attorney/special counsel for the Debtor subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such attorney/special counsel will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

   As a non−member of the Bar of this Court, counsel's appointment as special counsel under 11 U.S.C. Section 327(a) is limited to non−bankruptcy litigation. Any pleadings seeking approval of a compromise or settlement of such litigation must be filed by Debtor's bankruptcy counsel. Special counsel shall attend as a witness in any hearing set to consider approval of such compromise.

***[END OF DOCUMENT]***

_B−04SCe [07/14]_